■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HIRRO, Appellant. [910 NYS2d 759]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Mullings, J.), imposed April 30, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Belen and Lott, JJ., concur.